# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    8:24-cv-00910-JVS-RAO    Date    March 10, 2025

Title    Isa Bahu v. Todd Ament et al.

---

Present: The Honorable    **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **[IN CHAMBERS] Order to Show Cause Re Dismissal for Lack of Prosecution**

The Court **ORDERS** plaintiff Isa Bahu ("Bahu"), to Show Cause (OSC) in writing no later than **Monday, March 17, 2025**, as to why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Bahu, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__    **Plaintiff's Amended Complaint correcting the deficiencies identified in the Court's order [Dkt. No. 59]**

### IT IS SO ORDERED.