JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISA BAHU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TODD AMENT, an individual, the CITY OF ANAHEIM, a California Municipal Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-00910-JVS-RAO<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE [63]**<br><br>*[Filed concurrently with Stipulation to Dismiss Action with Prejudice]* |

## Order

The Court, having read and considered the stipulation filed on behalf of Plaintiff Isa Bahu ("Plaintiff") and Defendant Todd Ament ("Ament"), and finding good cause exists for the relief requested therein, hereby GRANTS the stipulated dismissal of this action with prejudice against defendant Todd Ament.

IT IS HEREBY ORDERED that this action is dismissed with prejudice against defendant Todd Ament, effective as of the below date of this order.

**SO ORDERED.**

DATED: March 18, 2025

_____
HON. JAMES V. SELNA
United States District Judge